UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CODIE HORN,

            Plaintiff,                               No. 19-10336

v.                                               Honorable Nancy G. Edmunds

ROBERT BOSCH
AUTOMOTIVE STEERING LLC,

            Defendant.

_____/

## OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JUNE 1, 2020 REPORT AND RECOMMENDATION [20]

Currently before the Court is the magistrate judge's June 1, 2020 report and recommendation.  (Dkt. 20.)  The magistrate judge recommends that Defendant's motion for summary judgment be granted in part and denied in part without prejudice. The Court is fully advised in the premises and has reviewed the record and the pleadings.  No party has filed objections.  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The Court nevertheless agrees with the magistrate judge's recommendation.  The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.  Accordingly, Defendant's motion for summary judgment is DENIED WITHOUT PREJUDICE as to Plaintiff's "regarded as" disability discrimination claims (Counts I and VI) and as to his retaliation claim (Count VII).  With regard to these claims, Defendant is permitted to

file a renewed motion for summary judgment within 45 days after it produces the

documents ordered by the Court in its order on Plaintiff's motion to compel.

Defendant's motion for summary judgment is otherwise GRANTED.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: July 8, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 8, 2020, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager