UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CODIE HORN,

      Plaintiff,                                                No. 19-10336

v.                                                       Honorable Nancy G. Edmunds

ROBERT BOSCH
AUTOMOTIVE STEERING LLC,

      Defendant.
_____/

**JUDGMENT**

In accordance with the Court's order entered this date,

IT IS ORDERED AND ADJUDGED that Defendant's motion to dismiss is GRANTED, and this case is hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

                                            s/Nancy G. Edmunds
                                            Nancy G. Edmunds
                                            United States District Judge

Dated: November 20, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 20, 2020, by electronic and/or ordinary mail.

                                            s/Lisa Bartlett
                                            Case Manager